# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Loretta Able<br>　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC2<br>　　　　　　　　　　　Movant<br>vs.<br>Loretta Able<br>　　　　　　　　　　　Debtor(s)<br>Robert H. Holber Esq.<br>　　　　　　　　　　　Trustee | NO. 22-10720 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 6th day of May, 2022 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Section 362, is modified to allow WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC2 and its successor in title to proceed with the ejectment action regarding the premises 2030 Bleam Road, Quakertown PA 18951. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**