IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 7
    LORETTA ABLE                                :
                                                :
                                                :
            Debtor                              : Bankruptcy No. 22-10720 -ELF

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

    AND NOW, this 7th of July, 2022, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Timothy Zearfoss, Esquire, as follows:

    1.  The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is July 13, 2022.

    2.  The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until September 11, 2022 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Robert H. Holber, Esquire          Timothy Zearfoss, Esquire
Chapter 7 Trustee                  Counsel for Debtor

### ORDER

    AND NOW, this 15th day of July, 2022, IT IS HEREBY ORDERED that the above Stipulation be approved and made an ~~Oder~~ Order of this Court with full force and effect thereof.

_____
Eric L. Frank
United States Bankruptcy Judge